**Slip Op. 02-104**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____ :
                                           :
THE TIMKEN COMPANY,                        :
                                           :
                    Plaintiff,             :
                                           :
               v.                          :    Court No.
                                           :    98-12-03235
UNITED STATES,                             :
                                           :
                    Defendant,             :
                                           :
               and                         :
                                           :
PEER BEARING COMPANY,                      :
                                           :
               Defendant-Intervenor.       :
_____ :


**JUDGMENT**

This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, Timken Company v. The United States, 26 CIT ___, 201 F. Supp. 2d 1316 (2002) ("Remand Results"), and Timken's concurrence therewith, finds that Commerce duly complied with the Court's remand order, and it is hereby

**ORDERED** that the Remand Results filed by Commerce on July 22, 2002, are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.


                                    _____
                                    Nicholas Tsoucalas
                                    Senior Judge

Dated: September 3, 2002
       New York, New York